# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00484-CV

**Jerry Welch, Appellant**

**v.**

**Walter Kovar and Beverly Kovar, Appellees**

### FROM THE DISTRICT COURT OF MILLS COUNTY, 35TH JUDICIAL DISTRICT
### NO. 11-1-6233, HONORABLE ROBERT MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss appeal. Appellant states that the parties have reached an agreement and have settled all matters in this case. Accordingly, we grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: October 6, 2011